FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 01 2019

MITCHELL R. ELFERS
CLERK /mn

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

Second Division

| | |
|---|---|
| Wilfred Alexander Page ET AL Albuquerque Citizens <br><br> _Plaintiff(s)_ <br>_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ <br>-v-<br><br> Albuquerque Police Department <br><br> _Defendant(s)_ <br>_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | Case No. 19cv925-JFR <br>_(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Wilfred Alexander Page |
   | Street Address | 1509 Erbbe Street NE |
   | City and County | Albuquerque, Bernalillo |
   | State and Zip Code | New Mexico 87112 |
   | Telephone Number | (505) 859-0688 |
   | E-mail Address | Willfuss@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Albuquerque Police Department |
| Job or Title (if known) | Northwest Area Command |
| Street Address | 400 Roma Ave, NW |
| City and County | Albuquerque Bernalillo |
| State and Zip Code | New Mexico 87102 |
| Telephone Number | (505)768-2200 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Albuquerque Police Dept. |
| Job or Title (if known) | |
| Street Address | 400 Roma Ave, NW |
| City and County | Albuquerque, Bernalillo |
| State and Zip Code | New Mexico 87102 |
| Telephone Number | (505) 768-2200 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
The plaintiff, (name) __Wilfred Alexander Page__, is a citizen of the State of (name) __New Mexico__.

2. If the plaintiff is a corporation
The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
The defendant, (name) __Albuquerque Police Department__, is incorporated under the laws of the State of (name) __New Mexico__, and has its principal place of business in the State of (name) __Washington D.C.__.
Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

500,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 2017, at *(place)* Villa De Paz Town Homes,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

While being Placed under arrest and while screaming for help and yelling Police Brutality and having my mouth open one or the Police officers (female) While I was screaming for help said Owe Wilfred don't bite me don't bite me then as my mouth was open and I was screaming for help she forced her arm into my mouth in which my natural reaction was to bite down.... while in arraignment my lawyer asked about the lapel videos from one of the two officers present in which they both stated they could not recover nor did they have. The other officer (male) stated that he was fearful that a phantom lighter was going to light his arm on fire in which I did not have as the

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Severe Mental and Physical harm and mental anguish, bullying, targeting because of the fact I have mental illness and Hate Crimes because of the fact that I am Gay. This has added much mental distress and anguish to my PTSD.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for Damages and Mental anguish and I am also asking for a class action lawsuit in which the Actions of the Albuquerque Police Department are looked into not only into my self and my own situation but also the countless other citizens and peoples who rely on APD as Peace Officers and not Bullies and that our Fourth amendment be upheld that one can live in peace and not in fear of unlawful or illegal police conduct or harassment and brutality and ones Eighth Amendment be Upheld that no Cruel nor unusual Punishment be inflicted nor any police brutality of any kind be inflicted because of prejudice on behalf of an APD officer because of ones Race, Creed, Sexuality, Religion, Disability, Mental State, Nationality nor place of Origin nor any other judgment on behalf of APD Or its Officers or any of its affiliates acting on its behalf.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/30/2019

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Wilfred Alexander Page

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Wilfred A Page
1509 Erbbe St ne
Albuq, NM
        87112


CPU

U.S. POSTAGE
$4.39
FCMP     0005
Orig: 87112
09/30/19
11113241



Mitchell R. Elfers
Pete V. Domenici
U.S. Courthouse
Albuquerque, NM
333 Lomas Blvd. NW
                87102

Clerks office
2nd floor

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 01 2019

MITCHE   R. ELFERS
         CLERK

**Handle with Care • Prenez soin**