IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILFRED ALEXANDER PAGE,

      Plaintiff,

vs.                                                                                No. CIV 19-0925 JB\JFR

ALBUQUERQUE POLICE DEPARTMENT,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order of Dismissal, filed December 31, 2019 (Doc. 7)("MOO").  In the MOO, the Court dismisses this case without prejudice for failure to state a claim upon which relief can be granted.  <u>See</u> MOO at 4.  Because the MOO disposes of all issues and claims before the Court, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) this case is dismissed without prejudice; and (ii) Final Judgment is entered.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

*Parties*:

Wilfred Alexander Page
Albuquerque, New Mexico

    *Plaintiff pro se*